IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Winters, Sterling A

Printed: 1/22/08

Case Number: 06 B 12620
Judge: Hollis, Pamela S
Filed: 10/4/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  October 5, 2007
Confirmed:  December 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,480.00 |  |
| Secured: |  | 4,708.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 254.70 |
| Other Funds: |  | 517.30 |
| Totals: | 5,480.00 | 5,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Auto Source | Secured | 3,734.05 | 106.74 |
| 2. | DaimlerChrysler Servs North America | Secured | 22,007.28 | 4,601.26 |
| 3. | Capital One | Unsecured | 89.82 | 0.00 |
| 4. | Sprint Nextel | Unsecured | 41.34 | 0.00 |
| 5. | Miller Chevrolet | Unsecured | 2,000.00 | 0.00 |
| 6. | Guaranty Bank | Unsecured | 260.35 | 0.00 |
| 7. | B-Line LLC | Unsecured | 183.87 | 0.00 |
| 8. | AT&T | Unsecured |  | No Claim Filed |
| 9. | ER Solutions | Unsecured |  | No Claim Filed |
| 10. | Chase Automotive Finance | Unsecured |  | No Claim Filed |
| 11. | South Oaks Dodge | Unsecured |  | No Claim Filed |
| 12. | Fifth Third Bank | Unsecured |  | No Claim Filed |
| 13. | First Midwest Bank | Unsecured |  | No Claim Filed |
| 14. | Universal Fidelity Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 28,316.71 | $ 4,708.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 106.26 |
| 5.4% | 148.44 |
|  | _____ |
|  | $ 254.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Winters, Sterling A | Case Number:  06 B 12620 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/22/08 | Filed:  10/4/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

